

SHARON KELLER
PRESIDING JUDGE

MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
MARY LOU KEEL
SCOTT WALKER
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

February 15, 2017

Constable Luis Aguilar
2350 George Dieter
El Paso, Texas 79936

**Re:** IN RE TILON CARTER
**CCA No.** WR-70,722-02

Dear Constable Aguilar:

Please serve the enclosed Order to Appear and Show Cause on Robin Norris, 2408 Fir Street, El Paso, TX 79925. The telephone number is (915) 329-4860.

After the officer's return has been executed, please return it to this office: Court of Criminal Appeals, P. O. Box 12308, Capitol Station, Austin, TX 78711, telephone number (512) 463-1551.

Sincerely,

Abel Acosta, Clerk

Enclosures
Certified Mail 7196 9008 8560 0000 0041

cc:     Robin Norris
        2408 Fir Street
        El Paso, TX 79925
        Certified Mail 7196 9008 8560 0000 0058



TO: The Sheriff of any County or any Constable of any County, Texas Ranger, Texas Highway Patrolman, or any Peace Officer within the State of Texas.

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** that you serve upon Robin Norris of El Paso County the accompanying **ORDER TO APPEAR AND SHOW CAUSE** issued from the Court of Criminal Appeals of the State of Texas on February 15, 2017.

**HEREIN FAIL NOT,** but of this writ and notice make due return, under the penalty prescribed by law, with your endorsement showing how you executed the same.

**WITNESS MY HAND** and Seal of the Court of Criminal Appeals of the State of Texas affixed at the City of Austin, Texas, on this the 15th day of February, 2017.

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
STATE OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711



# THE STATE OF TEXAS
## NOTICE TO APPEAR AND SHOW CAUSE

TO: Robin Norris

**GREETINGS:**

**WHEREAS,** the Court of Criminal Appeals on February 15, 2017, made and entered the order to appear and show cause. A correct and complete copy of the Order is attached to this Notice and fully incorporated for all purposes.

**NOW, THEREFORE,** Robin Norris is hereby commanded to appear and show cause, in the manner and within the period specified in the Order of February 15, 2017, why counsel should not be sanctioned by the Court of Criminal Appeals for failing to adequately justify the untimely filings.

**WITNESS MY HAND** and Seal of the Court of Criminal Appeals, at the City of Austin, Texas, on this 15th day of February, 2017.

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
STATE OF TEXAS

# OFFICER'S RETURN

## WR-70,722-02

## IN RE TILON CARTER, Relator

Came to hand on this the _____ day of _____, 2017, at _____ o'clock, ___.M., and executed at El Paso County, Texas, on the _____ day of _____, 2017, by delivering to the Robin Norris, the original **ORDER TO APPEAR AND SHOW CAUSE** which accompanied this writ.

To certify which witness my hand officially.

_____
(Signature)

_____
(Print or type name)

_____
(Title)

of _____ County, Texas